18511.　FULTON NATIONAL BANK OF ATLANTA *v.* CORNELL.

BROYLES, C. J.　Under the facts of the case as disclosed by the record, the court did not err in overruling the certiorari.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 13, 1927.

Certiorari; from Fulton superior court—Judge Howard.　September 21, 1927.

*Little, Powell, Smith & Goldstein, William Matthews,* for plaintiff in error.

*J. Lon Duckworth, McElreath & Scott,* contra.

---

18518.　PHILLIPS *v.* THE STATE.

BROYLES, C. J.　The accused was convicted of manufacturing intoxicating liquors.　The evidence would have authorized a finding that he was guilty of an attempt to manufacture such liquors, but it did not authorize the verdict returned.　It was not shown that any whisky had been made at the "still" in question, or that the "beer" found there by the officers was intoxicating.　The refusal to grant a new trial was error.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 13, 1927.

Making liquor; from Emanuel superior court—Judge Camp presiding.　September 10, 1927.

*Alfred Herrington Jr.,* for plaintiff in error.

*A. S. Bradley, solicitor-general,* contra.

Intoxicating Liquors, 33 C. J. p. 758, n. 80.